COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:      In re Interinsurance Exchange of the Automobile Club

Appellate case number:    01-14-00979-CV

Trial court case number:   13-DCV-203651

Trial court:               240th District Court of Fort Bend County

Relator's Motion for Emergency Stay is **GRANTED**. The August 6, 2014 Order Granting Plaintiffs' Motion to Compel Reports by Retained Testifying Expert and the November 25, 2014 Order Denying Defendants' Appeal of Order Granting Plaintiffs' Motion to Compel Reports by Retained Testifying Expert, and Denying Defendants' Motion for Protective Order are **STAYED**, pending resolution of this petition for writ of mandamus.

The Court **REQUESTS** a response to the petition for writ of mandamus from the Real Parties in Interest. The response, if any, is due within 30 days of the date of this order.

It is so ORDERED.

Judge's signature: /s/ Rebeca Huddle
                   ☑ Acting individually    ☐ Acting for the Court

Date: December 9, 2014